EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Ira Netherly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRA NETHERLY,<br><br>　　　　Defendant. | CASE NO.: 4:23-mj-71438-MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE SPEEDY TRIAL TIME** |

The above matter is currently set for a status conference regarding a preliminary hearing and arraignment on Friday, November 22, 2024, at 10:30 a.m.  The parties, the United States Government and Defendant Ira Netherly, by and through their respective attorneys, request that the status conference in this matter be continued to Friday, December 6, 2024, at 10:30 a.m. The parties request this additional time to further review and analyze existing discovery and to engage in discussions regarding a possible resolution of this matter.

The parties stipulate and agree that excluding time from November 22, 2024, until December 6, 2024, will allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The parties further stipulate and agree that the ends of justice served by excluding the period from through from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: November 20, 2024

Respectfully submitted,

*/s/ Amy Craig*
Amy Craig
Counsel for Defendant
IRA NETHERLY

DATED: November 20, 2024

*/s/ Zachary M. Glimcher*
Zachary M. Glimcher
Assistant United States Attorney

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that defendant Ira Netherly's status conference currently set for November 22, 2024, at 10:30 a.m. be continued to December 6, 2024, at 10:30 a.m.

Furthermore, the Court finds that failing to exclude time from November 22, 2024 through December 6, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 22, 2024 through December 6, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 22, 2024 through December 6, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Additionally, with the consent of the defendant and taking into account the public interest in the prompt disposition of criminal cases and based on the parties' showing of good cause, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed R. Crim P. 5.1 and 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated: November 21, 2024



HON. DONNA M. RYU
Chief United States Magistrate Judge