EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Ira Netherly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRA NETHERLY,<br><br>Defendant. | CASE NO.: 24-cr-00597-HSG<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE SPEEDY TRIAL TIME** |

    The above matter is currently set for a status conference on Wednesday, January 8, 2025, at 2:00 p.m. before Judge Haywood Gilliam. The parties, the United States Government and Defendant Ira Netherly, by and through their respective attorneys, request that the status conference in this matter set for January 8, 2025 be vacated and set to Wednesday, January 22, 2025, at 2:00 p.m. for a change of plea hearing. The parties have engaged in negotiations to resolve this matter and expect that the defendant will enter a change of plea and diversion agreement at the hearing on January 22, 2025. The parties will submit the plea and diversion agreements to the Court in advance of the hearing.

    The parties stipulate and agree that excluding time from January 8, 2025, until January 22, 2025, will allow for the effective preparation of counsel, taking into account the exercise of due diligence. The parties further stipulate and agree that the ends of justice served by excluding the

STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING
*Unites States v. Netherly*, 24-cr-00597-HSG

1

period from through from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED:    January 6, 2025                    Respectfully submitted,

                                                                                               */s/ Amy Craig*
                                                                                               Amy Craig
                                                                                               Counsel for Defendant
                                                                                               IRA NETHERLY

DATED:    January 6, 2025                    */s/ Zachary M. Glimcher*
                                                                                                Zachary M. Glimcher
                                                                                               Assistant United States Attorney

STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING
*Unites States v. Netherly*, 24-cr-00597-HSG

2

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that defendant Ira Netherly's status conference currently set for January 8, 2025 be vacated. A change of plea hearing is set for January 22, 2025, at 2:00 p.m.

Furthermore, the Court finds that failing to exclude time from January 8, 2025 through January 22, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 8, 2025 through January 22, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 8, 2025 through January 22, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: 1/7/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge